Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−23961−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John L. Burns                                        Cherie A. Burns
   362 Erie Avenue                                   362 Erie Avenue
   Carneys Point, NJ 08069                   Carneys Point, NJ 08069

Social Security No.:
   xxx−xx−1018                                           xxx−xx−6760

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on September 17, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 17, 2018
JAN: bc

                                                                 Jeanne Naughton
                                                                 Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-23961-ABA
John L. Burns                                                   Chapter 13
Cherie A. Burns
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                 Page 1 of 2           Date Rcvd: Sep 17, 2018
                             Form ID: 148                Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db/jdb         +John L. Burns,    Cherie A. Burns,    362 Erie Avenue,    Carneys Point, NJ 08069-2605
cr             +Crescent bank & trust,    P.O. Box 961245,    Ft. Worth, TX 76161-0244
517641001      +American Fin,    17507 S Dunpont Highway,    Harrington, DE 19952-2370
517641004     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                Woodland Hills, CA 91365)
517641006      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517641008      +Frenkel Lambert Weiss Weissman & Gordan,,    80 Main Street Suite 460,
                West Orange, NJ 07052-5414
517641010      +Nh Northeast Cr Svcs,    Attn: Bankruptcy Dept,    41 Simon Street Suite 2a,
                Nashua, NH 03060-3091
517641012      +South Jersey Gas,    Attn: Ms. Fleming,   PO Box 577,    Hammonton, NJ 08037-0577
517641013      +State of New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2018 23:53:18     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2018 23:53:16     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 17 2018 23:53:37
                Bayview Loan Servicing LLC,    4425 Ponce De Leo Boulevard,    5th floor,   Miami, FL 33146-1837
517641002       E-mail/Text: bankruptcy@pepcoholdings.com Sep 17 2018 23:52:57     Atlantic City Electric,
                P.O. Box 4875,    Trenton, NJ 08650
517749429      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 17 2018 23:52:57
                Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mailstop 84CP42,
                Carneys Point, NJ 08069-3600
517725447      +EDI: ATLASACQU.COM Sep 18 2018 03:28:00     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
517641003      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 17 2018 23:53:37
                Bayview Loan Servicing,    4425 Ponde de Leon Boulevard,   Miami, FL 33146-1837
517641005      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 17 2018 23:53:28    Consumer Portfolio Svc,
                Attn: Bankruptcy,    Po Box 57071,   Irvine, CA 92619-7071
517641007      +EDI: CRESCENTBANK.COM Sep 18 2018 03:28:00     Crescent Bank & Trust, Inc.,    Attn: Bankruptcy,
                Po Box 61813,    New Orleans, LA 70161-1813
517641009      +EDI: IRS.COM Sep 18 2018 03:28:00     Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
517707272       EDI: RESURGENT.COM Sep 18 2018 03:28:00     LVNV Funding, LLC its successors and assigns as,
                assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Frenkel, Lambert, Weiss, Weissman & Gordan,    80 Main Street,    Suite 460,
                West Orange, NJ 07052-5414
517755024*     +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
517641011     ##+Security Check,    Attn: Bankruptcy Dept,   2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 17, 2018
                              Form ID: 148             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Andrew Thomas Archer    on behalf of Joint Debtor Cherie A. Burns aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor John L. Burns aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Crescent bank & trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```